**SLIP OP. 01-49**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HONORABLE JAMES L. WATSON, SENIOR JUDGE**
-------------------------------------------------------------X

| | | |
|---|---|---|
| **MITSUBISHI ELECTRIC CORP.,** | ) | **COURT NO. 85-07-00928** |
| **MITSUBISHI ELECTRIC SALES** | | |
| **AMERICA, INC.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

-------------------------------------------------------------X

## <u>JUDGMENT</u>

In this case, issue was joined on September 19, 1985. No action has been taken by plaintiff to prosecute this case since that date. Accordingly, this action is dismissed for lack of prosecution.


Dated: April 17, 2001                              _____
        New York, New York                              James L. Watson, Senior Judge